IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONALD LONG,

    Plaintiff,

vs.                                                                     1:21-CV-01175-DHU-LF

SAN JUAN COUNTY DETENTION CENTER,
FNU BIDONY, CO or Detention Officer,
T. WILLSON, Sergeant,
J. RODREGEZ, CO or Detention Officer,
FNU BENCOMO, CO Property Officer,
FNU CHEEKS, CO,
FNU ATENCIO and
FNU JACOBS, Sergeant,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on November 17, 2023.  Doc. 52.  The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review.  *Id.* at 11.  To date, neither party has filed objections.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 52) are ADOPTED;

2. The Court GRANTS Defendants' Motion for Summary Judgment Based on Qualified Immunity (Doc. 42) and DISMISSES Plaintiff's complaint with prejudice.

                                                                                         UNITED STATES DISTRICT JUDGE